# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FRENZETTA WILSON,** *et al.*                                                                            **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00152 KGB**

**SANTANDER CONSUMER USA, INC.**                                                       **DEFENDANT**

## ORDER

      Before the Court is separate plaintiff Betina Ingram's notice of voluntary dismissal of her claims against defendant Santander Consumer USA, Inc. without prejudice (Dkt. No. 18).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

      For good cause shown, the Court adopts Ms. Ingram's notice of voluntary dismissal.  Ms. Ingram's claims against Santander Consumer USA, Inc. are dismissed.  This notice does not affect the claims of separate plaintiffs Frenzetta Wilson, Ronnie Dickerson, and Devon Byrd.

      It is so ordered this 25th day of August, 2020.

*(signature)*
Kristine G. Baker
United States District Judge