## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FRENZETTA WILSON,** *et al.*                                                      **PLAINTIFF**

v.                         **Case No. 4:20-cv-00152 KGB**

**SANTANDER CONSUMER USA, INC.**                                       **DEFENDANT**

### ORDER

Before the Court is the parties' stipulation of dismissal of claims of plaintiff Devon Byrd (Dkt. No. 44). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal of claims of Mr. Byrd. Mr. Byrd's claims against Santander Consumer USA, Inc. are dismissed without prejudice. This stipulation does not affect the claims of separate plaintiffs Frenzetta Wilson or Ronnie Dickerson.

Before the Court is also defendant Santander Consumer USA, Inc.'s unopposed motion to extend time to file its answer to plaintiffs' complaint (Dkt. No. 37). Santander Consumer USA, Inc. has filed its answer (Dkt. No. 40). The Court grants the unopposed motion to extend time and considers the answer timely filed (Dkt. Nos. 37, 40).

It is so ordered this 11th day of June, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge