# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FRENZETTA WILSON,** *et al.*                                                                                   **PLAINTIFF**

v.                                       Case No. 4:20-cv-00152 KGB

**SANTANDER CONSUMER USA, INC.**                                                          **DEFENDANT**

## ORDER

     Before the Court is defendant Santander Consumer USA Inc.'s ("SC") unopposed motion for leave to file the class list under seal (Dkt. No. 72). In support of its motion, SC states that pursuant to the parties' stipulated protective Order, the agreement of the parties, and the Judgment, SC and plaintiffs agreed, and the Court has required, that the list of all members of the class will be designated as confidential and filed under seal (*Id.*, ¶ 4). Accordingly, SC requests that it be permitted to file the class list, which is Exhibit A to the Declaration of Jennifer M. Keough, under seal (*Id.*, ¶ 5). SC represents that it has discussed this motion with plaintiffs' counsel, who do not oppose the requested relief (*Id.*, ¶ 7). For good cause shown, the Court grants SC's unopposed motion for leave to file the class list under seal (Dkt. No. 72).

     It is so ordered this 14th day of February, 2023.

                                                                     Kristine G. Baker
                                                                      United States District Judge